

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | | No. 08-18-00190-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court No. One |
| TIMOTHY WEST, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20180D03392) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order granting Appellee's motion to quash. We therefore reverse the judgment of the trial court, set aside the trial court's order granting the motion to quash, and remand the case for further proceedings, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.